# Court of Appeals
# of the State of Georgia

ATLANTA, __October 21, 2024_____

*The Court of Appeals hereby passes the following order:*

## A25D0080. REGINALD CRUMPTON v. LORRAINE CRUMPTON.

In this divorce matter, the trial court entered a final judgment and decree of divorce on July 19, 2024. Reginald Crumpton filed a direct appeal to challenge the trial court's order, which this Court dismissed for failing to comply with our discretionary appeal procedure, see Case No. A25A0309. On October 2, 2024, Reginald filed a discretionary application to challenge the trial court's July 19, 2024 order. Lorraine Crumpton has filed a motion to dismiss this application for lack of jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the order or judgment sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Reginald's application was filed 75 days after entry of the order he seeks to appeal. Reginald's untimely application divests this court of from having jurisdiction to consider his application. Accordingly, Lorraine's motion to dismiss is GRANTED and this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*__10/21/2024_____

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*